No. 68371.—Burn-Strauss, Inc., et al. *v.* United States, protests 63/10652, etc. (Los Angeles).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of cocktail Hibachis similar in all material respects to the Mini Bachis the subject of Abstract 67238, the claim of the plaintiffs was sustained.

No. 68372.—Pacific Import Co., Inc. *v.* United States, protest 63/16075 (New York).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 26, 1964

No. 68373.—Julius Feist *v.* United States, protest 61/8409 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiff was sustained.

No. 68374.—Rover, Inc. *v.* United States, protest 63/17690 (San Juan).

Opinion by LAWRENCE, J.   The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).